UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:________________

Alex Mistivar
(Write the full name of the plaintiff)

FILED BY ___ D.C.
SEP 12 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

vs.
Michael Usan

(Write the full name of the defendant/s in this case)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

**I. Party Information**

A. Plaintiff: Alex Mistivar

Address: Broward Main Jail

Inmate/Prison No.: 592200046

*Year* of Birth: 1978 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Michael Usan    Defendant:________________

Official Position: Judge    Official Position:________________

Place of Employment: Broward County    Place of Employment:________________

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

(1) On 8/23/23, Judge Michael Usan acted in a discriminatory manner by stating that the so-called victim and witness (two unknown individuals to the accused and not legal residents of the apartments of the accused's residence at the time of the incident on 1/22/22) were in the "common area" when they were seen on video (submitted as evidence in court) threatening the accused and coming onto his property where they approached the accused in a threatening manner.

continued →

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

I, Alex Mistivar, in light of Judge Michael Usan acting in a discriminitory manner (by ignoring the evidence presented to him and showed predjudice by disregarding my claim that racial slurs were used against me by the so-called victim); as well as violating my Constitutional rights to a public and speedy trial by a jury of my peers, am requesting that my case be removed from the Usan division; and,

continued →

Statement of Claim (continued)

(2) On 8/23/23, Judge Michael Usan acted in a discriminitory manner by stating, after watching and hearing on the police video in which the accused reported that the so-called victim used racial slurs towards the accused on 1/22/22 and stepped into the accused garage with his fist clinched yelling "what Nigga", that "There was no proof of that.", even though the accused (which is much older than the so called victim) video recorded the so called victim threatning him; called 911 several times as well as sent the forementioned video to the police, and reported to the police, on video during questioning, the "I'm the victim" and "I want this treated as a hate crime (since the two individuals were not black/African-American, and, again, were much younger then the accused and completly unknown to the accused).

(3) On 9/1/23, Judge Michael Usan violated the accused Constitutional rights and violated his rights pursuant to state law to a speedy trial by denying his demand for speedy trial.

Relief Requested (continued)

furthermore (since it is blatantly clear that I can not and will not be given a fair and unbiased trial) that the charges against me be dismissed and I be released from custody immediately.

## IV. Jury Demand

Are you demanding a jury trial? X Yes ____ No

Signed this 4th day of September, 20 23

Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: 9/4/23

Signature of Plaintiff

Alex Mistlivar
592200046 MAIN
4a-3-1S-2
PO Box 9356
Fort Lauderdale FL 33310
LEGAL MAIL

MIAMI FL 330
7 SEP 2023 PM 4 L

USA

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

33128-771699